**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas (State)

Case number (*If known*): ______________ Chapter 11

FILED
2026 OCT 23 PM 4:42
U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

Tex-US Trucking Services LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

36-4967824

**4. Debtor's address**

**Principal place of business**

18702 Metropolitan Rd
Number Street
Suite 7
Laredo TX 78045
City State ZIP Code

Webb
County

**Mailing address, if different from principal place of business**

Number Street
P.O. Box 450151
P.O. Box
Laredo TX 78045
City State ZIP Code

**Location of principal assets, if different from principal place of business**

18702 Metropolitan Rd
Number Street
Suite 7
Laredo TX 78045
City State ZIP Code

**5. Debtor's website (URL)**

Debtor Tex-US Trucking Services LLC
Name

Case number (if known) ______________________

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ______________________

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4 8 4 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

- ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor Tex-US Trucking Services LLC
Name
Case number (if known) ______

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor ______ Relationship ______
District ______ When ______ (MM / DD / YYYY)
Case number, if known ______

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street
______
City ______ State ______ ZIP Code ______

**Is the property insured?**

☑ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

Debtor Tex-US Trucking Services LLC Case number (if known) ____________
Name

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-22-2026
MM / DD / YYYY

✗ [signature] Anna Luisa Gonzalez
Signature of authorized representative of debtor Printed name

Title Manager

Debtor Tex-US Trucking Services LLC
Name

Case number (if known)

**18. Signature of attorney**

X ______________________ Date ______________
Signature of attorney for debtor MM / DD / YYYY

Printed name

Firm name

Number Street

City State ZIP Code

Contact phone Email address

Bar number State

**Fill in this information to identify the case and this filing:**

Debtor Name Tex-US Trucking Services LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (*If known*): ____________________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-23-2026
MM / DD / YYYY

✘ [signature]
Signature of individual signing on behalf of debtor

Anna Luisa Gonzalez
Printed name

Member-Manager
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name Tex-US Trucking Services LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): ______________________

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bowman Trailer Leasing 2905 Mican Dr. Dallas, TX 75212 | 817-527-1700 cdickinson@bowmanleasing.com | Trailers | UN | $41,135.00 | | |
| 2 | Samsara Inc. 1 De Haro Street San Francisco, CA 94107 | www.samsara.com | Tracking system | UN | $1,478.03 | | |
| 3 | PRA Consulting LLC 110 Ridgemore Ln Laredo, TX 78041 | Miguel Alejandro Lopez 956-617-0366 safety@pralogisticsservices.com | Professional services | UN | $8,674.00 | | |
| 4 | Forward Financing USA LLC 350 E 400 S Salt Lake City, UT 84111 | 888-244-9099 kalfonso@forwardfinancing.com | Loan | UN | $33,328.12 | | |
| 5 | All American Financial 855 Heritage Dr. Weston, FL 33326 | 305-703-2239 www.allamericanfinancial.com | Loan for Insurance | UN | $8,755.75 | | |
| 6 | All Ways Track 10414 Medical Loop #1E Laredo, TX 78045-6612 | www.allwaystrack.com | Tracking System | UN | $197.27 | | |
| 7 | HCTRA Toll Collections P.O. Box 4440 Dept. 11 Houston, TX 77210-4440 | 713-701-6000 www.hctra.org/violations.com | Tolls | UN | $1,663.94 | | |
| 8 | IRS Ogden, UT 84201-0102 | 800-829-0115 | Taxes | UN | $1,935.00 | | |

Debtor Tex-US Trucking Services LLC
Name

Case number (if known) ______________________

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Mitsubishi HC Capital America, Inc.<br>P.O. Box 713447<br>Chicago, IL 60694-1347 | 800-680-3002<br>CustomerserviceEF@mhccna.com | Truck Loan | UN | $112,149.04 | | |
| 10 | Paccar Financial Corp.<br>P.O. Box 121166<br>Dallas, TX 75312-1166 | 800-777-8525<br>www.paccarfinancial.com | Truck Loan | UN | $44,371.37 | | |
| 11 | Keystone Equipment Finance Corp.<br>P.O. Box 931232<br>Atlanta, GA 31193-1232 | 800-444-0333<br>Tirado Cheryl | Truck Loan | UN | $17,078.10 | | |
| 12 | GM Financial<br>3801 S. Collins St.<br>Arlington, TX 76014 | 800-284-2271<br>gm.financial.com | Car Loan | UN | $11,096.24 | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name Tex-US Trucking Services LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| **2. Cash on hand** | | | $ |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. International Bank of Commerce | Checking | 4391 | $ 15.86 |
| 3.2. International Bank of Commerce | Checking | 4013 | $ 6,326.02 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1. | | | $ |
| 4.2. | | | $ |
| **5. Total of Part 1** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $ 6,341.88 |

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| **7. Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1. Faro Factoring | $ 5,074.57 |
| 7.2. | $ |

Debtor: Tex-US Trucking Services LLC (Name)  Case number (if known): ______

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Insurances — $7,751.34

8.2. ______ — $______

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. — $12,825.91

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | ______ | – | ______ | = ........➔ | $ 0 |
| 11b. Over 90 days old: | ______ | – | ______ | = ........➔ | $ 0 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. — $ 0

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | | |
| Name of fund or stock: | | | |
| 14.1. ______ | | ______ | $ 0 |
| 14.2. ______ | | ______ | $ 0 |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
| Name of entity: | % of ownership: | | |
| 15.1. ______ | ______% | ______ | $ 0 |
| 15.2. ______ | ______% | ______ | $ 0 |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | | |
| Describe: | | | |
| 16.1. ______ | | ______ | $ 0 |
| 16.2. ______ | | ______ | $ 0 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. — $ 0

Debtor Tex-US Trucking Services LLC Case number (if known)______
Name

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | MM / DD / YYYY | $ | | $ 0 |
| 20. Work in progress | MM / DD / YYYY | $ | | $ 0 |
| 21. Finished goods, including goods held for resale | MM / DD / YYYY | $ | | $ 0 |
| 22. Other inventory or supplies | MM / DD / YYYY | $ | | $ 0 |

23. Total of Part 5 — $ 0

Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?

☑ No

☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☑ No

☐ Yes. Book value ______ Valuation method______ Current value______

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | $ | | $ 0 |
| 29. Farm animals *Examples*: Livestock, poultry, farm-raised fish | $ | | $ 0 |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | $ | | $ 0 |
| 31. Farm and fishing supplies, chemicals, and feed | $ | | $ 0 |
| 32. Other farming and fishing-related property not already listed in Part 6 | $ | | $ 0 |

Debtor Tex-US Trucking Services LLC Case number (if known) ______

33. **Total of Part 6.** $ 0
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
- ☑ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☐ Yes. Book value $______ Valuation method ______ Current value $______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☑ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Desks, chairs, cabinets | $ 300.00 | Estimated fair market value | $ 0 |
| 40. **Office fixtures** | $ 0 | | $ 0 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computers, tracking & invoicing systems Printers | $ 21,840.00 | Estimated resale value | $ 18,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ 0 | | $ 0 |
| 42.2 | $ 0 | | $ 0 |
| 42.3 | $ 0 | | $ 0 |

43. **Total of Part 7.** $ 18,000.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor Tex-US Trucking Services LLC
Name

Case number (if known)

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Auto/KL4MDSL2RB208934 | $21,000.00 | Comparable market resale | $11,000.00 |
| 47.2 Truck / 1XKYD49X6RJ356947 | $100,000.00 | comparable market resale | $112,000.00 |
| 47.3 Truck / 1XKYD49X8MJ434752 | $50,000.00 | comparable market resale | $17,000.00 |
| 47.4 Truck / 1XKYD49X7LJ354650 | $45,000.00 | comparable market resale | $20,000.00 |
| Truck / 1XKYD49X9MJ432055 | $50,000.00 | comparable market resale | $23,000.00 current value |
| Truck / 1XKYD49X4MJ434926 | $50,000.00 | comparable market resale | $30,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ 0 | | $ |
| 48.2 | $ 0 | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ 0 | | $ |
| 49.2 | $ 0 | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ 0 | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$213,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

- ☐ No
- ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- ☐ No
- ☑ Yes

Debtor Tex-US Trucking Services LLC Case number (if known)
Name

## Part 9: Real property

54. Does the debtor own or lease any real property?
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property (Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available.) | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ 0 | | $ 0 |
| 55.2 | | $ 0 | | $ 0 |
| 55.3 | | $ 0 | | $ 0 |
| 55.4 | | $ 0 | | $ 0 |
| 55.5 | | $ 0 | | $ 0 |
| 55.6 | | $ 0 | | $ 0 |

56. Total of Part 9.
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 0

57. Is a depreciation schedule available for any of the property listed in Part 9?
☑ No
☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ 0 | | $ 0 |
| 61. Internet domain names and websites<br>tex-ustrucking.com | $ 1,200.00 | comparable market resale | $ 1,200.00 |
| 62. Licenses, franchises, and royalties<br>FMC, MC, franchise, Ifta, permits | $ 1,500.00 | comparable market resale | $ 1,500.00 |
| 63. Customer lists, mailing lists, or other compilations | $ 150.00 | comparable market resale | $ 150.00 |
| 64. Other intangibles, or intellectual property | $ 0 | | $ 0 |
| 65. Goodwill | $ 0 | | $ 0 |

66. Total of Part 10.
Add lines 60 through 65. Copy the total to line 89. $ 2,850.00

Debtor Tex-US Trucking Services LLC Case number (if known) ____________
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- [x] No
- [ ] Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- [x] No
- [ ] Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- [x] No. Go to Part 12.
- [ ] Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ Total face amount – ______ doubtful or uncollectible amount = ➔ $ 0

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
______ Tax year ______ $ 0
______ Tax year ______ $ 0
______ Tax year ______ $ 0

73. **Interests in insurance policies or annuities**
______ $ 0

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
______ $ 0
**Nature of claim** ______
**Amount requested** $______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ $ 0
**Nature of claim** ______
**Amount requested** $______

76. **Trusts, equitable or future interests in property**
______ $ 0

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
______ $ 0
______ $ 0

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. $ 0

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

Debtor Tex-US Trucking Services LLC
Name
Case number (if known)

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $6,341.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,825.91 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $213,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* → | | $0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,850.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0 | |
| 91. **Total.** Add lines 80 through 90 for each column | 91a. $250,167.79 + | 91b. $0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. $250,167.79

**Fill in this information to identify the case:**

Debtor name Tex-US Trucking Services LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
Bowman Trailer Leasing

**Describe debtor's property that is subject to a lien**
Trailers

Column A: $65,000.00 — Column B: $40,000.00

**Creditor's mailing address**
2905 Mican Drive
Dallas, TX 75212

**Describe the lien**

**Creditor's email address, if known**
cdickinson@bowmanleasing.com

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred** 2025

**Last 4 digits of account number** 3409

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**2.2 Creditor's name**

**Describe debtor's property that is subject to a lien**

Column A: $____ — Column B: $____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Date debt was incurred** ____

**Last 4 digits of account number** ____

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines ____

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $____

Debtor Tex-US Trucking Services LLC (Name) Case number (if known) ______

**Part 1: Additional Page**

| Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2._ Creditor's name** ______

**Creditor's mailing address** ______

**Creditor's email address, if known** ______

**Date debt was incurred** ______

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority. ______
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien** ______ $______ $______

**Describe the lien** ______

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2._ Creditor's name** ______

**Creditor's mailing address** ______

**Creditor's email address, if known** ______

**Date debt was incurred** ______

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority. ______
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien** ______ $______ $______

**Describe the lien** ______

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor Tel-US Trucking Services LLC
Name

Case number (if known) ______

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor name Tex-US Trucking Services LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): ______ Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Loan Cashflow | Forward Financing USA LLC<br>350 E 400 S<br>Salt Lake City, UT 84111 |
| | State the term remaining | 40 weekly payments | |
| | List the contract number of any government contract | Offer ID: AO-0335375 | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Power Cabin | Paccar Financial Corp.<br>P.O. Box 121166<br>Dallas, TX 75312-1166 |
| | State the term remaining | 36 payments/monthly | |
| | List the contract number of any government contract | 37355 | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Power Cabin | Paccar Financial Corp.<br>P.O. Box 121166<br>Dallas, TX 75312-1166 |
| | State the term remaining | 36 payments/monthly | |
| | List the contract number of any government contract | 37139 | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Power Cabin | Mitsubishi HC Capital America, Inc.<br>P.O. Box 71347<br>Chicago, IL 60694-1347 |
| | State the term remaining | 72 payments/monthly | |
| | List the contract number of any government contract | 180482 | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Power Cabin | Keystone Equipment Finance Corp.<br>P.O. Box 931232<br>Atlanta, GA 31193-1232 |
| | State the term remaining | 42 payments/monthly | |
| | List the contract number of any government contract | KY10162412X | |

Debtor Tex-US Trucking Services LLC
Name

Case number (if known) ____________

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2._ State what the contract or lease is for and the nature of the debtor's interest | Trailers | Bowman Trailer Leasing<br>2905 Mican Drive<br>Dallas, TX 75212 |
| State the term remaining | | |
| List the contract number of any government contract | C33409 | |
| 2._ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2._ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2._ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2._ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2._ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2._ State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: Tex-US Trucking Services LLC

United States Bankruptcy Court for the: Southern District of TX (State)

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor — Name | Mailing address | Column 2: Creditor — Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Anna L. Gonzalez | P.O. BOX 450151 (Street); Laredo (City) TX (State) 78045 (ZIP Code) | Mitsubishi HC Capital America, Inc. | ☑ D ☐ E/F ☐ G |
| 2.2 | Anna L. Gonzalez | P.O. Box 450151 (Street); Laredo (City) TX (State) 78045 (ZIP Code) | Paccar Financial Corp. | ☑ D ☐ E/F ☐ G |
| 2.3 | Anna L. Gonzalez | P.O. Box 450151 (Street); Laredo (City) TX (State) 78045 (ZIP Code) | Paccar Financial Corp. | ☑ D ☐ E/F ☐ G |
| 2.4 | Anna L. Gonzalez | P.O. BOX 450151 (Street); Laredo (City) TX (State) 78045 (ZIP Code) | Keystone Equipment Finance Corp. | ☑ D ☐ E/F ☐ G |
| 2.5 | Anna L. Gonzalez | P.O. Box 450151 (Street); Laredo (City) TX (State) 78045 (ZIP Code) | Forward Financing USA, LLC | ☐ D ☑ E/F ☐ G |
| 2.6 | Anna L. Gonzalez | P.O. BOX 450151 (Street); Laredo (City) TX (State) 78045 (ZIP Code) | Bowman Trailer Leasing | ☐ D ☑ E/F ☑ G |

Debtor T-Q-US Trucking Services LLC Case number (if known) ____________

Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor — Name | Column 1: Codebtor — Mailing address | Column 2: Creditor — Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.__ | | 855 Heritage Dr. (Street)<br>Weston (City) FL (State) 33326 (ZIP Code) | All American Financial | ☐ D ☑ E/F ☐ G |
| 2.__ | | P.O. Box 732492 (Street)<br>Dallas (City) TX (State) 75373-2492 (ZIP Code) | French Ellison Truck Center | ☐ D ☑ E/F ☐ G |
| 2.__ | | 716 Pellegrino Ct. (Street)<br>Suite 1<br>Laredo (City) TX (State) 78045 (ZIP Code) | PRA Consulting LLC | ☐ D ☑ E/F ☐ G |
| 2.__ | | P.O. Box 2217 (Street)<br>Waterloo (City) IA (State) 50704-2217 (ZIP Code) | CBE Group, Inc. | ☐ D ☑ E/F ☐ G |
| 2.__ | | 217 West Village Blvd. (Street)<br>Suite 1<br>Laredo (City) TX (State) 78041 (ZIP Code) | Cuellar, Morales, Gonzalez & Co. PLLC | ☐ D ☑ E/F ☐ G |
| 2.__ | | 1119 W. Southern Ave. (Street)<br>Suite 200<br>Mesa (City) AZ (State) 85210 (ZIP Code) | The Law Offices of Mark A. Kirkorsky | ☐ D ☑ E/F ☐ G |
| 2.__ | | (Street)<br>Ogden (City) UT (State) 84201-0102 (ZIP Code) | IRS | ☐ D ☑ E/F ☐ G |
| 2.__ | | P.O. Box 629025 (Street)<br>El Dorado Hills, CA (City, State) 95762 (ZIP Code) | TMobile | ☐ D ☑ E/F ☐ G |

Debtor T-&-US Trucking Services LLC
Name

Case number (if known) ______

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor Name | Mailing address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.__ | 2900 N. Loop West, Street; Houston (City) TX (State) 77092 (ZIP Code) | IPFS Corporation | ☐ D ☑ E/F ☐ G |
| 2.__ | 2900 N. Loop West, Street; Houston (City) TX (State) 77092 (ZIP Code) | IPFS Corporation | ☐ D ☑ E/F ☐ G |
| 2.__ | 3801 S. Collins St. (Street); Arlington (City) TX (State) 76014 (ZIP Code) | GM Financial | ☑ D ☐ E/F ☐ G |
| 2.__ | P.O. Box 2818 (Street); Omaha (City) NE (State) 68103-2818 (ZIP Code) | FNBO | ☐ D ☑ E/F ☐ G |
| 2.__ | P.O. Box 4440 (Street) Dept. 11; Houston (City) TX (State) 77210-4440 (ZIP Code) | HCTRA Toll Collections | ☐ D ☑ E/F ☐ G |
| 2.__ | P.O. Box 4440 (Street) Dept. 8; Houston (City) TX (State) 77210-4440 (ZIP Code) | HCTRA - Violations | ☐ D ☑ E/F ☐ G |
| 2.__ | P.O. Box 659443 (Street); San Antonio (City) TX (State) 78265-9443 (ZIP Code) | Linebarger Goggan Blair & Sampson, LLP | ☐ D ☑ E/F ☐ G |
| 2.__ | P.O. Box 15037 (Street); Wilmington (City) DE (State) 19850 (ZIP Code) | Transworld Systems Inc. | ☐ D ☑ E/F ☐ G |

Debtor Tex-US Trucking Services LLC Case number (if known)________
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.__ | P.O. BOX 186 Street<br>Chicago IL 60690-0186 City State ZIP Code | Harris & Harris, Ltd. | ❑ D<br>☑ E/F<br>❑ G |
| 2.__ | 1 De Haro street Street<br>San Francisco CA 94107 City State ZIP Code | Samsara Inc. | ❑ D<br>☑ E/F<br>❑ G |
| 2.__ | 10414 Medical Loop #1E Street<br>Laredo TX 78045-6612 City State ZIP Code | All Ways Track | ❑ D<br>☑ E/F<br>❑ G |
| 2.__ | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name Tex-US Trucking Services LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

1a. **Real property:** Copy line 88 from *Schedule A/B* ........ $ 2,850.00

1b. **Total personal property:** Copy line 91A from *Schedule A/B* ........ $ 250,167.79

1c. **Total of all property:** Copy line 92 from *Schedule A/B* ........ $ 250,167.79

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ........ $ 65,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........ $ 9,150.66

3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........ + $ 0

4. **Total liabilities** ........ $ 74,150.66
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name Tex-US Trucking Services LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/26 (MM / DD / YYYY) | to Filing date | ☐ Operating a business<br>☐ Other ______ | $______ |
| For prior year: | From 01/01/25 (MM / DD / YYYY) | to 12/31/25 (MM / DD / YYYY) | ☐ Operating a business<br>☐ Other ______ | $______ |
| For the year before that: | From 01/01/24 (MM / DD / YYYY) | to 12/31/24 (MM / DD / YYYY) | ☐ Operating a business<br>☐ Other ______ | $______ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From ______ (MM / DD / YYYY) | to Filing date | ______ | $______ |
| For prior year: | From ______ (MM / DD / YYYY) | to ______ (MM / DD / YYYY) | ______ | $______ |
| For the year before that: | From ______ (MM / DD / YYYY) | to ______ (MM / DD / YYYY) | ______ | $______ |

Debtor Tex-US Trucking Services LLC
Name

Case number (if known)__________

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |
| 4.2. Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |

Debtor Tex-US Trucking Services LLC Case number (if known) ____________________

Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name / Street / City State ZIP Code | | | $ |
| 5.2. | Creditor's name / Street / City State ZIP Code | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name / Street / City State ZIP Code | Last 4 digits of account number: XXXX– ___ ___ ___ ___ | | $ |

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Case title: ERJ Transportation Services LLC vs. Tex-US Trucking Services LLC<br>Case number: C-21-CV-26-000479 | Contract breach | Name: Circuit Court for Washington County - Civil<br>Street: 24 Summit Ave.<br>City State ZIP Code: Hagerstown MD 21740 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Case title:<br>Case number: | | Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor Tex-US Trucking Services LLC Case number (if known) ______
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2. ______
Name
______
Street
______
______
City State ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anna Luisa Gonzalez | 11119 Antigua Dr. | Member/manager | 51% |
| Jaime Fernando Rodriguez | Leon, Guanajuato Mexico | Member | 24.5% |
| Victor Manuel Rodriguez | Leon, Guanajuato Mexico | Member | 24.5% |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

❑ No
❑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anna Luisa Gonzalez | 11119 Antigua Dr. | Member/manager | From 2020 To until day |
| Jaime Fernando Rodriguez | Leon, Guanajuato Mexico | Member | From 2/2022 To until day |
| Victor Manuel Rodriguez | Leon, Guanajuato Mexico | Member | From 2/2022 To until day |
| Juan Francisco Gonzalez | 2024 Quail Creek Rd. Apt. 209 | Member | From 2020 To 1/6/2025 |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

❑ No
❑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. ______ Name | | | |
| ______ Street | | | |
| ______ City State ZIP Code | | | |
| Relationship to debtor ______ | | | |

Debtor Tex-US Trucking Services LLC
Name

Case number (if known) ______

**Name and address of recipient**

30.2 ______
Name
______
Street
______
______
City State ZIP Code

**Relationship to debtor**
______

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

**Name of the parent corporation** | **Employer Identification number of the parent corporation**

______ EIN: __ __ – __ __ __ __ __ __ __

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

**Name of the pension fund** | **Employer Identification number of the pension fund**

______ EIN: __ __ – __ __ __ __ __ __ __

## Part 14: Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______
MM / DD / YYYY

✗ ______ Printed name ______
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ______

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☐ Yes

Debtor Tex-US Trucking Services LLC Case number (if known)
Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name<br>Street<br>City State ZIP Code | | $ |
| | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | Street |
| | **Date of order or assignment** | City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |
| 9.2. | Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor Tex-US Trucking Services LLC
Name

Case number (if known)

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Address<br>Street<br>City State ZIP Code<br>Email or website address<br>Who made the payment, if not debtor? | | | $ |
| 11.2. | Address<br>Street<br>City State ZIP Code<br>Email or website address<br>Who made the payment, if not debtor? | | | $ |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☐ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| Trustee | | | $ |

Debtor Tex-US Trucking services LLC
Name

Case number (if known)

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $ |
| | Address<br>Street<br><br>City State ZIP Code<br>Relationship to debtor | | | |
| 13.2. | Who received transfer? | | | $ |
| | Address<br>Street<br><br>City State ZIP Code<br>Relationship to debtor | | | |

**Part 7: Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street<br><br>City State ZIP Code | From ____ To ____ |
| 14.2. | Street<br><br>City State ZIP Code | From ____ To ____ |

Debtor Tex-US Trucking Services LLC
Name

Case number (if known) ____________________

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name<br>Street<br>City State ZIP Code | ____<br>**Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.**<br>____ | ____<br>**How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| 15.2. | Facility name<br>Street<br>City State ZIP Code | ____<br>**Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.**<br>____ | ____<br>**How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☐ Yes. State the nature of the information collected and retained. ____________________

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

**Name of plan** ____________________

**Employer identification number of the plan** EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

Debtor Tex-US Trucking Services LLC
Name

Case number (if known) ______________________

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ______ | $______ |
| 18.2. | Name<br>Street<br>City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ______ | $______ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | ______<br>Address | ______ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | ______<br>Address | ______ | ☐ No<br>☐ Yes |

Debtor T&Q-US Trucking Services LLC Case number (if known) ______
Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

Debtor T-&-US Trucking Services LLC
Name

Case number (if known)

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |
| 25.2. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |
| 25.3. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ____ To ____ |

Debtor Tex-US Trucking Services LLC
Name

Case number (if known) ______________________

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Cuellar, Morales, Gonzalez & Co., PLLC (Name)<br>217 W. Village Blvd. Ste. 1 (Street)<br>Laredo (City) Texas (State) 78041-2285 (ZIP Code) | From 2024 To 2026 |
| 26a.2. | Name<br>Street<br>City State ZIP Code | From _______ To _______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Name<br>Street<br>City State ZIP Code | From _______ To _______ |
| 26b.2. | Name<br>Street<br>City State ZIP Code | From _______ To _______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Laura Camau (Name)<br>18702 Metropolitan Rd. Suite 7 (Street)<br>Laredo (City) TX (State) 78045 (ZIP Code) | |

Debtor T-&-US Trucking Services LLC Case number (if known)
Name

**Name and address** | **If any books of account and records are unavailable, explain why**

26c.2.
Name
Street

City State ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.
Name
Street

City State ZIP Code

**Name and address**

26d.2.
Name
Street

City State ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
| --- | --- | --- |
| | | $ |

**Name and address of the person who has possession of inventory records**

27.1.
Name
Street

City State ZIP Code

FILED
2026 OCT 23 PM 4:42
U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

# BANKRUPTCY FORMS