United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 26-50168** |
| **TEX-US TRUCKING SERVICES LLC,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER DISMISSING CASE**

Before the Court is the Chapter 11 Voluntary Petition (ECF No. 1) filed by the Debtor, who is proceeding pro se. This case is dismissed for the following reasons. (1) the Debtor has failed to pay the required filing fee; and (2) a corporation cannot proceed pro se[1] and must be represented by an attorney. However, the Court will vacate this Order if the Debtor pays the filing fee within 14 days of this Order, and the debtor obtains representation by counsel.

**IT IS THEREFORE ORDERED** that the Chapter 11 Voluntary Petition is dismissed.

SIGNED 10/27/2026

Jeffrey Norman
United States Bankruptcy Judge

[1] *Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1982) (noting that while an individual has the right to proceed pro se, business entities such as limited liability companies - as fictional persons have no such rights, and must be represented by licensed counsel).